**No. P66/28.**—Gallagher & Ascher Company v. United States, protests 61/11072–12042, etc. (Chicago).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of lock cylinders with keys similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (54 Cust. Ct. 141, C.D. 2522), the claim of the plaintiff was sustained.